UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ISRAEL GOMES PESSOA AMARAL,

Petitioner,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, PATRICIA HYDE, Field Office Director, TODD LYONS, Acting Director of U.S. Immigrations and Customs Enforcement, MARKWAYNE MULLIN, Secretary of Homeland Security, SIRCE OWEN, Acting Director of the Executive Office for Immigration Review, TODD BLANCHE, Acting Attorney General of the United States,

Respondents.

CIVIL ACTION
NO. 26-12099-WGY

YOUNG, D.J. September 16, 2026

**ORDER**

Petitioner's Motion to Enforce the Court's Order Granting Habeas Corpus Relief, ECF No. 9, is hereby ALLOWED in part and DENIED in part. Respondents, though opposing the motion on the grounds of exhaustion (which this Court rejected, see Order, ECF No. 12,), have not opposed the motion as to the merits of the sufficiency of the bond hearing. See Response to Motion for A New Bond Hearing or Release, ECF No. 11. Instead, Respondents assert that "if this Court believes the bond hearing was

insufficient, the Respondents hold no position on whether the Court should order a new bond hearing." Id. at 2.

On this record, and notably without substantive opposition, the Court is persuaded by Petitioner that the bond hearing was constitutionally insufficient. Accordingly, the Motion is hereby ALLOWED only to the extent that it is ORDERED that Respondents provide a new bond hearing/individualized custody redetermination before an immigration judge, at which the government bears the burden of proving petitioner poses a danger to the community or flight risk, see Hernandez-Lara v. Lyons, 10 F.4th 19, 41 (1st Cir. 2021). This hearing shall be held within seven (7) days of the date of this Order. The Court further ORDERS Respondents to file a status report -- stating whether Petitioner has been granted bond and, if his request for bond is denied, the reasons for the denial -- within ten (10) days of this Order. The motion is otherwise DENIED.

The motion to expedite Ruling on the Petition for a Writ of Habeas Corpus, ECF No. 13, is hereby DENIED as MOOT inasmuch as the alternative relief has been granted by this Order.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE